1    FOSTER PEPPER PLLC
     CHARLES P. RULLMAN. State Bar No. 241772
2    *rullc@foster.com*
     1111 Third Avenue. Suite 3400
3    Seattle. WA 98101-3299
     T: (206) 447-7268
4    F: (206) 749-2104

5    Attorneys for nexTUNE. Inc.. Michael DuKane.
     and Geoff Meagher
6

7              UNITED STATES DISTRICT COURT
8        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

9    UMG Recordings, Inc. a Delaware          Case No. 2:14-CV-2622-MMM (ASx)
     Corporation,
10                                            **STIPULATION TO EXTEND
                        Plaintiff,            TIME TO RESPOND TO
11                                            INITIAL COMPLAINT BY NOT
          v.                                  MORE THAN 30 DAYS (L.R. 8-3)**
12
     NEXTUNE, INC., a Washington              Complaint served: April 9, 2014
13   corporation; MICHAEL DUKANE,
     individually; and GEOFF MEAGHER,         Current response date: June 9, 2014
14   individually,
                                              New response date: June 23, 2014
15                      Defendants.

16        The parties to the above-captioned action, by and through their respective

17   counsel of record, hereby stipulate as follows:

18        WHEREAS, Plaintiff UMG Recordings, Inc. ("Plaintiff") filed its

19   complaint, Dkt. no. 1, ("Complaint") on April 7, 2014;

20        WHEREAS, Defendants nexTUNE, Inc., Michael DuKane and Geoff

21   Meagher (collectively, "Defendants") accepted service of the Complaint on

22   April 9, 2014, making their current deadline to respond to the Complaint June 9,

23   2014;

24        WHEREAS, in order to allow sufficient time for Defendants to evaluate

25   Plaintiff's claims, and so that all defendants, who are represented by the same

26   counsel, may respond at the same time, the parties have agreed pursuant to Local

STIPULATION TO EXTEND TIME TO                    **FOSTER PEPPER PLLC**
RESPOND TO INITIAL COMPLAINT BY NOT              1111 THIRD AVENUE, SUITE 3400
MORE THAN 30 DAYS (L.R. 8-3) - 1                 SEATTLE, WASHINGTON 98101-3299
Case No. 2:14-CV-2622-MMM (ASx)                  PHONE (206) 447-4400  FAX (206) 447-9700

Rule 8-3, that Defendants may have a fourteen (14) day extension until and including June 23, 2014 to respond to the Complaint.

WHEREAS, Defendants have not made any prior request for an extension of time to respond to this action, and no significant hardship, prejudice, or unfair surprise will be inflicted on Plaintiff based on this request for an extension of time.

IT IS SO STIPULATED between Plaintiff and Defendants, by and through their undersigned attorneys, that:

1. Upon approval of the Court, which approval the parties respectfully request, the time for Defendants to respond to Plaintiff's Complaint is extended until and including June 23, 2014.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT BY NOT
MORE THAN 30 DAYS (L.R. 8-3) - 2
Case No. 2:14-CV-2622-MMM (ASx)

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

Dated: June 9, 2014


FOSTER PEPPER PLLC

*s/Charles P. Rullman*
Charles P. Rullman
*Attorneys for nexTUNE, Inc., Michael DuKane*
*and Geoff Meagher*


LAW OFFICE OF BUCK MCKINNEY, PC

*s/ with consent of Robert Buckner McKinney*
Buck McKinney
*Attorneys for UMG Recordings, Inc.*


CALDWELL LESLIE & PROCTOR, PC


*s/ with consent of Linda M. Burrow*
Linda M. Burrow
David Zaft
*Attorneys for UMG Recordings, Inc.*

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT BY NOT
MORE THAN 30 DAYS (L.R. 8-3) - 3
Case No. 2:14-CV-2622-MMM (ASx)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## CERTIFICATE OF SERVICE

I certify that on June 9, 2014, a true copy of the foregoing document was served electronically upon the parties via CM/ECF, or as indicated, as follows:

- **Linda M Burrow**
  burrow@caldwell-leslie.com,crippen@caldwell-leslie.com, records@caldwell-leslie.com

The following party has appeared in this action as of today's date and will be served manually.

- **Robert Buckner McKinney**
  Law Office of Buck McKinney, PC,
  P.O. Box 6231
  Austin, TX 78762-6231

          *s/Colleen Hickman*
          Colleen Hickman

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT BY NOT
MORE THAN 30 DAYS (L.R. 8-3) - 4
Case No. 2:14-CV-2622-MMM (ASx)