FOSTER PEPPER PLLC
CHARLES P. RULLMAN. State Bar No. 241772
*rullc@foster.com*
1111 Third Avenue. Suite 3400
Seattle. WA 98101-3299
T: (206) 447-7268
F: (206) 749-2104

Attorneys for nexTUNE. Inc.. Michael DuKane.
and Geoff Meagher

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UMG Recordings, Inc. a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEXTUNE, INC., a Washington corporation; MICHAEL DUKANE, individually; and GEOFF MEAGHER, individually,<br><br>Defendants. | Case No. 2:14-CV-2622-MMM (ASx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |

Whereas Plaintiff UMG Recordings, Inc. ("Plaintiff") and Defendants nexTUNE, Inc., Michael DuKane, and Geoff Meagher (collectively, Defendants") have stipulated, pursuant to Local Rule 8-3, to extend Defendants' time to respond to Plaintiff's Complaint (Dkt. no. 1) until and including June 23 2014, and for good cause appearing therefore,

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendants shall have until and including June 23, 2014 to respond to Plaintiff's Complaint.

[PROPOSED] ORDER GRANTING
STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT BY NOT
MORE THAN 30 DAYS (L.R. 8-3) - 1
Case No. 2:14-CV-2622-MMM (ASx)

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

1    DATED this ____ day of _____, 2014.

2

3                           _____
                            The Honorable Margaret M. Morrow
4                           United States District Judge

5  Submitted by:

6

7  FOSTER PEPPER PLLC

8
   *s/Charles P. Rullman*
9  Charles P. Rullman
   *Attorneys for nexTUNE, Inc., Michael DuKane*
10 *and Geoff Meagher*

11
   LAW OFFICE OF BUCK MCKINNEY, PC
12

13 *s/ with consent of Robert Buckner McKinney*
   Buck McKinney
14 *Attorneys for UMG Recordings, Inc.*

15
   CALDWELL LESLIE & PROCTOR, PC
16

17 *s/ with consent of Linda M. Burrow*
   Linda M. Burrow
18 David Zaft
19 *Attorneys for UMG Recordings, Inc.*

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING
STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT BY NOT
MORE THAN 30 DAYS (L.R. 8-3) - 2
Case No. 2:14-CV-2622-MMM (ASx)

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

# CERTIFICATE OF SERVICE

I certify that on June 6, 2014, a true copy of the foregoing document was served electronically upon the parties via CM/ECF, or as indicated, as follows:

- **Linda M Burrow**
  burrow@caldwell-leslie.com,crippen@caldwell-leslie.com,
  records@caldwell-leslie.com

The following party has appeared in this action as of today's date and will be served manually.

- **Robert Buckner McKinney**
  Law Office of Buck McKinney, PC,
  P.O. Box 6231
  Austin, TX 78762-6231

           *s/Colleen Hickman*
           Colleen Hickman

---

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) - 3
Case No. 2:14-CV-2622-MMM (ASx)